# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RACHAEL A. GREEN

VERSUS

ROBERT J. LEBLANC, LOUISIANA
FARM BUREAU CASUALTY
INSURANCE COMPANY AND
ALLSTATE INSURANCE COMPANY

NO.    2019 CW 1075

**NOV 1 2 2019**

---

In Re:     Robert J. LeBlanc and Louisiana Farm Bureau Casualty
           Insurance Company, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 664648.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**WJC**

**Guidry, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT